## SCHAEFER et v BROKAW

Ohio Appeals, 1st Dist, Hamilton Co
No. 3837. Decided March 30, 1931

Wm. D. Schaeffer, Cincinnati, for Schae-
fer et.

Divers & Warm, for Brokaw.

CUSHING, J:

Plaintiffs in error prosecute this action
to reverse the judgment of the Court of
Common Pleas of Hamilton County.

Numerous grounds of error are assigned.

The trial court entered the following judg-
ment:

"This cause coming on for hearing upon
the motions of plaintiff and defendant,
Marie Schaeffer Corcoran, for a new trial,
and the court being fully advised in the
premises, overrules the motion of Marie
Schaeffer Corcoran for a new trial and
gives plaintiff leave to withdraw his motion
for a new trial.

"It is therefore considered by the court
that the defendants August Schaefer and
Caroline Schaefer be dismissed from this
action, and that the plaintiff Walter Bro-
kaw, recover of the defendant Marie Schaef-
fer Corcoran, the sum of fifty-seven ($57.00)
over and above the amount of judgment
pleaded in the answer of Marie Schaeffer
Corcoran, and that the costs of this action
be taxed against said defendant, Marie
Schaeffer Corcoran, and

"It is further adjudged that plaintiff be
entitled to a lien on the premises described
in plaintiff's petition from March 17th, 1928
on which date plaintiff filed his mechanic's
lien against said property and that said
mechanic's lien attach to all the right, title
and interest of August Schaefer and Caro-
line Schaefer and Marie Schaeffer Corcoran
in said property and that said interest be
sold and the proceeds of such sale be applied
to the satisfaction of the judgment above
granted and the balance be divided between
the defendants as their interest may ap-
pear, to all of which each and all of the
defendants except."

It is apparent from the above quoted
judgment entry that the court was in error
in dismissing the defendants August Schae-
fer and Caroline Schaefer and then enter-
ing judgment against them.

There is no bill of exceptions in this case.
Therefore, we cannot consider the questions
as to the contracts, deeds, and other mat-
ters set forth in the assignments of error.

For the error set out above, the judgment
will be reversed, and the cause remanded
for a new trial.

ROSS, PJ, and HAMILTON, J, concur.